**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>CALLAHAN, MARK J.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 08-00087 SPS<br><br>JUDGE Susan Pierson Sonderby |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    219 S. Dearborn, Courtroom 642
    Chicago, Illinois 60604

    on: **January 20, 2009**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts $ 7,505.25

    b. Disbursements $ 29.00

    c. Net Cash Available for Distribution $ 7,476.25

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $1,500.53 | |

| | | |
|---|---|---|
| Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $798.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Fees) | 0.00 | $3,285.00 |
| Crane, Heyman, Simon, Welch & Clar (Trustee's Firm Legal Expenses) | 0.00 | $91.59 |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,518.04 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 12.41%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | Department of the Treasury - Internal Revenue Service | $ 14,518.04 | $ 1,801.13 |

6. Claims of general unsecured creditors totaling $155,692.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Marich Confectionary | $ 316.80 | $ 0.00 |
| 2 | Warneke Paper Box | $ 2,835.90 | $ 0.00 |
| 3 | CHASE BANK USA | $ 24,584.20 | $ 0.00 |
| 4 | Guittard Chocolate Co. | $ 22,405.40 | $ 0.00 |
| 5 | Elizabeth C Hale | $ 100,000.00 | $ 0.00 |
| 6 | Ford Motor Credit Company | $ 2,490.68 | $ 0.00 |
| 7 | Bank of America, N.A. | $ 3,059.93 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: residence,

business interests

Dated: **December 19, 2008**  For the Court,

By:**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: GLENN R. HEYMAN
Address: 135 S. LaSalle Street, #3705
Chicago, IL 60603
Phone No.: (312) 641-6777

## SERVICE LIST

**MARK J. CALLAHAN**
**08 B 00087**

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601-2124

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                  Date Rcvd: Dec 19, 2008
Case: 08-00087                Form ID: pdf002              Total Served: 46

The following entities were served by first class mail on Dec 21, 2008.
db           +Mark J. Callahan,    7311 Gleneagle,   Crystal Lake, IL 60014-6707
aty          +John H Redfield,    John H. Redfield & Associates, P.C.,    102 S. Wynstone Park Drive,   Suite 110,
               North Barrington, IL 60010-6977
tr           +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11851192      All Packaging,    Denver, CO
11851193     +Amusemints LLC,    2660 Walnut Street,   Denver, CO 80205-2231
11913969     +Anne Callahan,    2000 W Estes Apt 3,    Chicago, IL 60645-2452
11851194     +Bank of America,    PO Box 15710,   Wilmington, DE 19850-5710
12464268      Bank of America, N.A.,    Attn: Mr. M-BK,   1000 Samoset Dr.,    DE5-023-03-03,   Newark, DE 19713
11851196     +Blackhawk Equipment,    6250 W. 55th Ave.,   Arvada,CO 80002-2706
11851197     +CH Robinson,    PO Box 9121,   Minneapolis, MN 55480-9121
12267896     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11851198     +Chase Bank,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
11851199     +Chicago Paper Tube,    4221 N. Normandy,    Chicago, IL 60634-1402
11851200     +Cintas,   PO Box 390365,    Denver, CO 80239-1365
11851201     +Cookie Kingdom,    1201 E. Walnut Street,   Ogelsby, IL 61348-1344
11851202     +Custom Printing,    2505 W. 2nd Ave.,   Denver, CO 80219-1653
11851203     +EMC Mortgage,    800 State Hwy. 121 Bypass,   Lewisville, TX 75067-4180
12354250     +Elizabeth C Hale,    7311 Glen Eagle Ct,    Village of Lakewood, IL 60014-6707
11851204     +Fed Ex Freight,    2200 Forward Dr,   Harrison, AR 72601-2004
11851205      Fidos Cookie Co.,    2260 Walnut Street,    Denver, CO 80205
11851206     +Flex ID,    5415 W. 59th,   Unit D,   Arvada, CO 80003-5721
11851207     +Ford Motor Credit,    PO Box 194101,    Detroit, MI 48255-0001
11851208     +Guittard Chocolate Co.,    10 Guittard Rd.,    Burlingame, CA 94010-2203
12521663    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Dept of the Treasury, Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 21126,   Philadelphia, PA 19114)
11851191    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,
               230 S. Dearborn Street,    Chicago, IL 6060)
11913968     +LaSalle Bank National Assoc Trustee,    c/o Piece & Associates,   1 N Dearborn St FL13,
               Chicago, IL 60602-4321
11851209     +Lang Graphics,    1360 S. Lipan St.,   Denver, CO 80223-3409
11851210      Lou Retta Chocolate Co.,    Buffalo, NY
11851211     +Marich Confectionary,    PO Box 1477,   Holister, CA 95024-1477
11851212     +McGuire Woods,    77 W. Wacker Dr.,   Chicago, IL 60601-1818
11851213     +Mechanical Solutions,    3021 S. Tejon Street,   Englewood, CO 80110-1316
11913970     +Miller & Cohen P C,    POBOX 1259/344 Main St,   Longmont, CO 80502-1259
11851214     +Overnight Transportation,    PO Box 79755,   Baltimore, MD 21279-0755
11851215     +Quill Corporation,    PO Box 94080,   Palatine, IL 60094-4080
11851216     +Rice Paper Box,    530 Acoma Street,   Denver, CO 80204-5115
11851217     +Roadway Express,    1077 Gorge Blvd.,   Akron, OH 44310-2482
11851218     +Terminex,    4665 Paris St.,    Denver, CO 80239-3126
11851219     +Transworld Systems,    7880 E. Berry Place,   Greenwood Village, CO 80111-2302
12136661     +Village of Skokie Wate Department,    5127 Oakton Street,   Skokie, IL 60077-3633
11851220      Warneke Paper Box,    TJ Carney Attorney for Creditor,    Oliver and Carney PC,
               7903 Ralston Road Arvada, CO 80002
11851221     +Well Fargo Payroll,    1650 W. 82 Street #300,   Bloomington, MN 55431-1441
11851222     +Western Freightways,    PO Box 16067,   Denver, Co 80216-0067
11851223     +Wolf Properties,    2660 Walnut Street,   Denver, CO 80205-2231
The following entities were served by electronic transmission on Dec 20, 2008.
12136663     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
12472214     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2008 01:26:13
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12136662     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    POBOX 416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12397104      Ford Motor Credit Company
aty*         +Glenn R Heyman, ESQ,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
               Chicago, IL 60603-4101
11851195*    +Bank of America,    PO Box 15710,   Wilmington, DE 19850-5710
12464290*     Bank of America, N.A.,    Attn: Mr. M-BK,   1000 Samoset Dr.,    DE5-023-03-03,   Newark, DE 19713
                                                                                              TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Dec 19, 2008
Case: 08-00087                 Form ID: pdf002          Total Served: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**                    **Signature:**    _Joseph Speetjens_